UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD SATISH EMRIT and                          )
PRESIDENTIAL COMMITTEE/POLITICAL                 )
ACTION COMMITTEE/SEPARATE                         )
SEGREGATED FUND,                                  )
*(SSF) Number C00569897*,
                                                  )
      Plaintiffs,                         )
                                                  )
      v.                                  )    CIVIL ACTION
                                                  )    No. 26-11216-BEM
BARACK HUSSEIN OBAMA,                             )
MICHELLE OBAMA, JOE BIDEN, JILL BIDEN,            )
HUNTER BIDEN, KETANJI BROWN JACKSON,              )
ANDREW OF WINSDOR and KEIR STARMER,               )
                                                  )
      Defendants.                         )

## ORDER OF DISMISSAL

MURPHY, D.J.

On April 9, 2026, Magistrate Judge Hedges issued the Report and

Recommendation [ECF # 7] in this case recommending dismissal.   To date, the

Plaintiffs have not objected to the Report and Recommendation or otherwise complied

with the Magistrate Judge's Order or requested an extension of time.

IT IS HEREBY ORDERED

This Court hereby ADOPTS the REPORT AND RECOMMENDATION and

DISMISSES the above-entitled action as frivolous.

*/s/ Brian E. Murphy*
_____
United States District Judge

DATED:   April 24, 2026